# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ingenuity 13 LLC

         Plaintiff,

v.                  Case No.: 1:12–cv–06131
                   Honorable Joan H. Lefkow

Bradley Hellyer, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 17, 2013:

  MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's motion to dismiss defendant's counterclaims [18] is stricken. The order of 3/15/2013 [19] is vacated. Plaintiff failed to file a notice of motion and certificate of service of the motion to dismiss. See Local Rules 5.3, 5.5. Moreover, no return of service of summons in the court file exists. Even though Hellyer filed a responsive pleading, his pro se filing does not reveal an address for service of motions. Plaintiff is directed to obtain service on this defendant and file a return of service. Status hearing set for 5/9/2013 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.