AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

INGENUITY13 LLC,

|  |  |
|---|---|
| CASE NUMBER: | 1:12-cv-06131 |
| ASSIGNED JUDGE: | Hon. Joan H. Lefkow |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Geraldine Soat Brown |

V.

BRADLEY HELLYER

TO: (Name and address of Defendant)

Bradley Hellyer
7820 HILLSIDE RD
CRYSTAL LAKE IL 60012-2937

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul A. Duffy
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE

_____
(By) DEPUTY CLERK



DATE
February 8, 2013

DATE

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Ingenuity13 LLC**
    Plaintiff(s),

vs.

**Bradley Hellyer**
    Defendant(s),

Case No.: **12-CV-06131**

**AFFIDAVIT OF SERVICE**

I, **Spencer Davis**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Case and Amended Complaint**

Defendant to be served: **Bradley Hellyer**

Address where served: **7820 Hillside Road, Crystal Lake, IL 60012**

On **February 12, 2013 at 9:50 AM**, I served the within named defendant in the following manner:

**SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with **Cathy Hellyer**, (Relationship) **Mother**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on **February 13, 2013**.

Description of person process was left with:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **45** - Height: **5'7** - Weight: **140**

Comments: Signature obtained on field sheet.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

FURTHER AFFIANT SAYETH NOT.

X _____
    Spencer Davis

State of _ILLINOIS_
County of _McHenry_

Subscribed and Sworn to before me on this 13TH day of _February_, 20_13_

_____
Signature of Notary Public

Job: 185203
File:

> OFFICIAL SEAL
> GEORGIAN E. DAVIS
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-25-2015