## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ingenuity 13 LLC

                          Plaintiff,

v.                                       Case No.: 1:12–cv–06131
                                             Honorable Joan H. Lefkow

Bradley Hellyer, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2013:

      MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 5/9/2013. Plaintiff's motion to dismiss defendant's counterclaims [22] is granted. Status hearing held on 5/9/2013 and continued to 6/27/2013 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.