IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INGENUITY13, LLC, | CASE NO. 1:12-cv-06131 |
| Plaintiff, | |
| v. | Judge: Hon. Joan H. Lefkow |
| BRADLEY HELLYER, | Magistrate Judge: Hon. Geraldine Soat Brown |
| Defendant. | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

Plaintiff Ingenuity13, LLC ("Plaintiff"), by and through its undersigned counsel, hereby files this Motion for Voluntary Dismissal Without Prejudice of this action, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court dismissed Defendant's counterclaim on May 9, 2013 (ECF No. 24).

Respectfully Submitted,

**DATED: July 8, 2013**

By:     /s/ Paul Duffy
Paul Duffy (Bar No. 224159)
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on July 8, 2013, all parties of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

By: /s/ Paul Duffy_____